710 A.2d 607

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION, Appellant,

v.

Nicholas A. CANUSO, William B. Bedford, Frank Smith, Kelvin
J. Johnson, Edward Zawrotny, Edward A. Hartman, Jennifer
Kuehnle, James T. McCaffrey, John Martino, Vinh Van Phan,
Joseph Calvitti, Robert Reilly, Gemma Ann Przybek, Thomas
E. Paiden, Timothy A. Kehoe, William J. Conley, William
Hardy And William James Root, Appellees.

Supreme Court of Pennsylvania.

May 18, 1998.

***ORDER***

PER CURIAM:

AND NOW, this 18th day of May, 1998, we **AFFIRM** the
Order of the Court of Common Pleas of Philadelphia County
on the basis of our Opinion in *Sullivan v. Commonwealth,
Department of Transportation, Bureau of Driver Licensing,*
—— Pa. ——, 708 A.2d 481 (1998), and without regard to the
constitutionality of Article IV of the Driver License Compact
of 1961.